**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANKLIN ANUARIO PEREZ LOPEZ,** | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **CIVIL NO. 26-4900** |
| | : | |
| **JOHN E. RIFE,** | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW,** this **16th** day of **July 2026,** upon consideration of Petitioner Franklin Anuario Perez Lopez's Petition for a Writ of Habeas Corpus (ECF No. 2) and the Government's Response (ECF No. 6), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. Petitioner's Motion to Appoint Counsel (ECF No. 3) is **GRANTED**.

2. The Government shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on July 17, 2026**.

3. The Government is enjoined from detaining Petitioner under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/S/ Kai N. Scott*

**HONORABLE KAI N. SCOTT
United States District Court Judge**